# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY MAGEE, JR.

NO. 2021 KW 1234

**DECEMBER 6, 2021**

---

In Re:     Donald Ray Magee, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-114111.

---

**BEFORE:     McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence were final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 *(per curiam)*. Accordingly, the district court did not err by denying the application for postconviction relief.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT